**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JILL EDISON, Individually and On Behalf of All Others Similarly Situated | ) ) | |
| | ) | Case No. 1:13-cv-08963-GBD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TEVA PHARMACEUTICAL INDUSTRIES LIMITED, PHILLIP FROST, AND JEREMY LEVIN, | ) ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

**LEAD PLAINTIFF JILL EDISON'S NOTICE OF**
**VOLUNTARY DISMISSAL PURSUANT TO FED. R, CIV. P. 41(a)(1)**

PLEASE TAKE NOTICE that Lead Plaintiff Jill Edison, by and through her undersigned

counsel, hereby voluntarily dismisses the above-captioned action against all defendants pursuant

to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 4, 2015

**RIGRODSKY & LONG, P.A.**

By: */s/ Timothy J. MacFall*
Seth D. Rigrodsky
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY  11530
Email: sdr@rigrodskylong.com
        tjm@rigrodskylong.com
Tel.:  (516) 683-3516
Fax:  (302) 654-7530

*Counsel for Lead Plaintiff Jill Edison*

## CERTICATE OF SERVICE

I hereby certify that March 4, 2015, I electronically filed the foregoing with the Clerk of

the Court for the United States District Court for the Southern District of New York using the

CM/ECF System, which will send notice of such filing to the following registered CM/ECF

users:

Andrew B. Clubok
Jay Philip Lefkowitz
Kristin Irene Sheffield-Whitehead
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4836
Fax: 212-446-4900

*Counsel for Defendants Teva Pharmaceutical
Industries, Ltd. and Phillip Frost*

Donald Howard Chase
Jed Ezra Dinnerstein
Morrison Cohen Singer & Weinstein, LLP
909 Third Avenue
27th Floor
New York, NY 10022
212-735-8684
Fax: 212-735-8708

*Counsel for Defendant Jeremy Levin*

*/s/ Timothy J. MacFall*
Timothy J. MacFall